# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THOMAS D. GOODENOW, | : No. 9 MAP 2015 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court at No. 501 MD 2014 |
| | : dated December 10, 2014 and exited |
| v. | : December 11, 2014. |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                    **DECIDED:   September 29, 2015**

    **AND NOW,** this 29th day of September, 2015, the order of the Commonwealth Court is hereby **AFFIRMED**.